**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| 10x GENOMICS, INC. and PROGNOSYS BIOSCIENCES, INC. )<br>)<br>Plaintiffs / Counter Defendants, )<br>)<br>v. )<br>)<br>ILLUMINA, INC., )<br>)<br>Defendant / Counter Claimant. ) | C.A. No. 25-1286-MN<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 2, 2026, true and correct copies of **(1) Illumina, Inc.'s First Set of Interrogatories (Nos. 1–9) to 10x Genomics, Inc., and Prognosys Biosciences, Inc.; and (2) Illumina, Inc.'s First Set of Requests for Production (Nos. 1–105) to 10x Genomics, Inc., and Prognosys Biosciences, Inc.**, were caused to be served on the following counsel as indicated:

**VIA EMAIL:**
Karen E. Keller
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

**VIA EMAIL:**
Matthew Powers
Paul Ehrlich
William Nelson
Li Shen
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
(650) 802-6000
matt.powers@tensegritylawgroup.com
paul.ehrlich@tensegritylawgroup.com
william.nelson@tensegritylawgroup.com
lishen@tensegritylawgroup.com

**VIA EMAIL:**
Azra Hadzimehmedovic
Daniel Kazhdan
Samantha Jameson
Ronald J. Pabis
Kiley White
Amanda Taylor
John Pierce
TENSEGRITY LAW GROUP LLP
1676 International Dr., Suite 910
McLean, VA 22102
(650) 802-6000
azra@tensegritylawgroup.com
daniel.kazhdan@tensegritylawgroup.com
samantha.jameson@tensegritylawgroup.com
ron.pabis@tensegritylawgroup.com
kiley.white@tensegritylawgroup.com
amanda.taylor@tensegritylawgroup.com
john.pierce@tensegritylawgroup.com

|  |  |
|---|---|
| Dated: March 2, 2026 | McCARTER & ENGLISH, LLP |
|  | */s/ Daniel M. Silver* |
| *Of Counsel:* | Daniel M. Silver (#4758) |
|  | Alexandra M. Joyce (#6423) |
| Edward R. Reines | McCarter & English, LLP |
| **JONES DAY** | 405 N. King St., 8th Floor |
| 1755 Embarcadero Road | Wilmington, DE 19801 |
| Palo Alto, CA 94303 | (302) 984-6300 |
| (650) 739-3982 | dsilver@mccarter.com |
| ereines@jonesday.com | ajoyce@mccarter.com |
|  |  |
| Derek C. Walter | *Attorneys for Defendant* |
| **JONES DAY** |  |
| 555 California Street, 26th Floor |  |
| San Francisco, California 94104 |  |
| (415) 875-5791 |  |
| dwalter@jonesday.com |  |
|  |  |
| Lisa Furby |  |
| **JONES DAY** |  |
| 110 N Wacker, Suite 4800 |  |
| Chicago, Illinois 60606 |  |
| (312) 269-1525 |  |
| lfurby@jonesday.com |  |